IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS (ST. THOMAS DIVISION)

| | | |
|---|---|---|
| **NANCY H. DEWEESE,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 05-0210** |
| | : | |
| **GOVERNMENT OF THE VIRGIN ISLANDS,** *et al.* | : | |
| | : | |

## ORDER

**AND NOW**, this 28th day of March, 2008, it having been reported that the issues between the parties in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel.

                                                            /s/
                                   TIMOTHY J. SAVAGE, J.